**August 31, 2012**

| | | |
|---|---|---|
| 29271 | Ramsey v. Ito | Affirmed |
| CAAP–11–00 00783 | State ex rel. Louie v. Mauna Ziona Church | Vacated and remanded |
| CAAP–11–00 00382 | State v. Leoffler | Affirmed |
| 30059 | State v. Stone | Affirmed |